## IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                          INFORMATION

ALEXANDRA L. FISCHER                        3:24-mj-140
_____/

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

On or about February 25, 2024, in the Northern District of Florida, and within

the special maritime and territorial jurisdiction of the United States, to wit: Naval Air

Station, Corry Station, Florida, the defendant,

**ALEXANDRA L. FISCHER,**

did willfully and maliciously damage the real property of another of a value of less

than two hundred dollars ($200) by the placement of an act of vandalism, in violation

of Florida State Statute 806.13, and Title 18, United States Code, Section 7 and 13.

_____ for                    May 8, 2024

JASON R. COODY                                        _____
United States Attorney                                  DATE

FILED USDC FLND PN
MAY 9 '24 AM 7:32